SUE ANN SALMON EVANS, State Bar No. 151562
CANDACE M. BANDOIAN, State Bar No. 212636
ELLEN C. WU, State Bar No. 258515
Dannis Woliver Kelley
115 Pine Avenue, Suite 500
Long Beach, CA  90802
Telephone: (562) 366-8500
Facsimile: (562) 366-8505

Attorneys for Defendant
DAVID VANNASDALL, in his capacity as Superintendent
of Arcadia Unified School District

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL BAIN; BHAVINI BHAKTA; KIECHELLE RUSSEL; CLARE SOBETSKI,, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA TEACHERS ASSOCIATION; NATIONAL EDUCATION ASSOCIATION; CALIFORNIA FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS; UNITED TEACHERS LOS ANGELES; UNITED TEACHERS OF RICHMOND CTA/NEA; RAMON CORTINES, in his capacity as Superintendent of Los Angeles Unified School District; BRUCE HARTER, in his capacity as Superintendent of West Contra Costa Unified School District; DAVID VANNASDALL, in his capacity as Superintendent of Arcadia Unified School District, <br><br> Defendants. | Case No.  2:15-CV-2465 <br><br> **ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT** <br><br> Complaint Filed: 4/3/2015 <br><br><br> Exempt from filing fees pursuant to Gov. Code, § 6103. |

Defendant DAVID VANNASDALL ("Defendant Vannasdall"), sued in his official

capacity as Superintendent of the Arcadia Unified School District, and for himself only,

1

answers the Complaint (the "Complaint") of Plaintiffs APRIL BAIN, BHAVINI BHAKTA, KIECHELLE RUSSELL, and CLARE SOBETSKI ("Plaintiffs"), as follows:

## ANSWER

1.      In response to paragraph 1, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained in this paragraph.

2.      In response to paragraph 2, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained in this paragraph.

3.      In response to paragraph 3, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny such allegations and, on that basis, denies each and every allegation contained therein.

4.      In response to paragraph 4, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law, including the California Educational Employment Relations Act ("EERA"), codified at California Government Code section 3540 *et seq*.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

5.      In response to paragraph 5, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

6.      In response to paragraph 6, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

7.      In response to paragraph 7, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

8.      In response to paragraph 8, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

9.      In response to paragraph 9, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

10.      In response to paragraph 10, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

11.      In response to paragraph 11, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal

3

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

12.    In response to paragraph 12, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

13.    In response to paragraph 13, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

14.    In response to paragraph 14, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  Defendant Vannasdall admits that Plaintiff Bhavini Bhakta is a teacher in the Arcadia Unified School District.  To the extent this paragraph includes allegations other than legal conclusions, except as expressly admitted herein, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

15.    In response to paragraph 15, Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained therein.

16.    In response to paragraph 16, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

17.     In response to paragraph 17, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

18.     In response to paragraph 18, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

19.     In response to paragraph 19, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained therein.

20.     In response to paragraph 20, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained therein.

21.     In response to paragraph 21, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

22.     In response to paragraph 22, Defendant Vannasdall admits that Plaintiff Bhavini Bhakta is employed as a teacher of the Arcadia Unified School District.  Except as expressly admitted herein, Defendant Vannasdall lacks information or belief sufficient to admit or deny the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

23.    In response to paragraph 23, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

24.    In response to paragraph 24, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

25.    In response to paragraph 25, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

26.    In response to paragraph 26, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

27.    In response to paragraph 27, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

28.    In response to paragraph 28, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

29.    In response to paragraph 29, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

30.    In response to paragraph 30, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

31.    In response to paragraph 31, Defendant Vannasdall admits that he is being sued in his official capacity as Superintendent of the Arcadia Unified School District.  To the extent this paragraph contains legal conclusions and argument, Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1    Except as expressly admitted herein, Defendant Vannasdall lacks information or belief

2    sufficient to admit or deny the remaining allegations contained therein and, on that basis,

3    denies each and every remaining allegation contained therein.

4        32.    In response to paragraph 32, Defendant Vannasdall is informed and believes

5    and, on that basis, admits that Defendant Ramon Cortines is the Superintendent of the Los

6    Angeles Unified School District.  Except as expressly admitted herein, Defendant

7    Vannasdall lacks information or belief sufficient to admit or deny the remaining

8    allegations contained therein and, on that basis, denies each and every remaining

9    allegation contained therein.

10       33.    In response to paragraph 33, Defendant Vannasdall is informed and believes

11   and, on that basis, admits that Defendant Bruce Harter is the Superintendent of the West

12   Contra Costa Unified School District.  Except as expressly admitted herein, Defendant

13   Vannasdall lacks information or belief sufficient to admit or deny the remaining

14   allegations contained therein and, on that basis, denies each and every remaining

15   allegation contained therein.

16       34.    In response to paragraph 34, Defendant Vannasdall admits that he is the

17   Superintendent of the Arcadia Unified School District.  Except as expressly admitted

18   herein, Defendant Vannasdall denies each and every remaining allegation contained

19   therein.

20       35.    In response to paragraph 35, Defendant Vannasdall admits that the Arcadia

21   Teachers Association ("ATA") is recognized as the exclusive bargaining representative of

22   certain certificated employees in the Arcadia Unified School District.  Defendant

23   Vannasdall is informed and believes and, on that basis, admits that ATA is affiliated with

24   CTA and NEA.  Except as expressly admitted herein, Defendant Vannasdall lacks

25   information or belief sufficient to admit or deny the remaining allegations contained

26   therein and, on that basis, denies each and every remaining allegation contained therein.

27       36.    In response to paragraph 36, Defendant Vannasdall avers that this paragraph

28   contains only legal conclusions and argument and does not require a response.  Defendant

7

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1  Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

2  applicable law.  To the extent this paragraph includes allegations other than legal

3  conclusions, Defendant Vannasdall denies each and every allegation contained in this

4  paragraph.

5        37.    In response to paragraph 37, Defendant Vannasdall avers that this paragraph

6  contains only legal conclusions and argument and does not require a response.  Defendant

7  Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

8  applicable law.  To the extent this paragraph includes allegations other than legal

9  conclusions, Defendant Vannasdall denies each and every allegation contained in this

10  paragraph.

11        38.    In response to paragraph 38, Defendant Vannasdall avers that this paragraph

12  contains only legal conclusions and argument and does not require a response.  Defendant

13  Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

14  applicable law.  Defendant Vannasdall admits that Exhibit D contains excerpts of the

15  Collective Bargaining Agreement dated July 1, 2011-June 30, 2015 between Arcadia

16  Unified School District and ATA.  To the extent this paragraph includes allegations other

17  than legal conclusions, and except as expressly admitted herein, Defendant Vannasdall

18  denies each and every allegation contained in this paragraph.

19        39.    In response to paragraph 39, Defendant Vannasdall avers that this paragraph

20  contains legal conclusions and argument and does not require a response.  Defendant

21  Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

22  applicable law.  To the extent this paragraph includes allegations other than legal

23  conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny

24  the allegations contained therein and, on that basis, denies each and every allegation

25  contained therein.

26        40.    In response to paragraph 40, Defendant Vannasdall avers that this paragraph

27  contains legal conclusions and argument and does not require a response.  Defendant

28  Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

8

applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

41.     In response to paragraph 41, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

42.     In response to paragraph 42, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  For the remaining allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

43.     In response to paragraph 43, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

44.     In response to paragraph 44, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

45.     In response to paragraph 45, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

46.     In response to paragraph 46, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

47.     In response to paragraph 47, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis,

9

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1    denies each and every allegation contained therein.

2         48.    In response to paragraph 48, Defendant Vannasdall lacks information or

3    belief sufficient to admit or deny the allegations contained therein and, on that basis,

4    denies each and every allegation contained therein.

5         49.    In response to paragraph 49, Defendant Vannasdall avers that this paragraph

6    contains legal conclusions and argument and does not require a response.  Defendant

7    Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

8    applicable law.  For the remaining allegations other than legal conclusions, Defendant

9    Vannasdall lacks information or belief sufficient to admit or deny the remaining

10   allegations contained therein and, on that basis, denies each and every remaining

11   allegation contained therein.

12        50.    In response to paragraph 50, Defendant Vannasdall avers that this paragraph

13   contains legal conclusions and argument and does not require a response.  Defendant

14   Vannasdall denies any legal conclusions in this paragraph that are inconsistent with

15   applicable law.  For the remaining allegations other than legal conclusions, Defendant

16   Vannasdall lacks information or belief sufficient to admit or deny the remaining

17   allegations contained therein and, on that basis, denies each and every remaining

18   allegation contained therein.

19        51.    In response to paragraph 51, Defendant Vannasdall lacks information or

20   belief sufficient to admit or deny the allegations contained therein and, on that basis,

21   denies each and every allegation contained therein.

22        52.    In response to paragraph 52, Defendant Vannasdall lacks information or

23   belief sufficient to admit or deny the allegations contained therein and, on that basis,

24   denies each and every allegation contained therein.

25        53.    In response to paragraph 53, Defendant Vannasdall lacks information or

26   belief sufficient to admit or deny the allegations contained therein and, on that basis,

27   denies each and every allegation contained therein.

28

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

54.     In response to paragraph 54, Defendant Vannasdall avers that this paragraph contains legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  For the remaining allegations other than legal conclusions, Defendant Vannasdall lacks information or belief sufficient to admit or deny the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

55.     In response to paragraph 55, Defendant Vannasdall admits that ATA is recognized as the exclusive bargaining representative of certain certificated employees in the Arcadia Unified School District.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  Except as expressly admitted herein, Defendant Vannasdall lacks information or belief sufficient to admit or deny the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

56.     In response to paragraph 56, David Vannasdall admits that Arcadia Unified School District and ATA have entered into a collectively negotiated agreement which includes a provision in conformity with Government Code section 3546(a) which requires Arcadia Unified School District to deduct the amount of the fair share service fee from the wages and salary of its certificated employees and pay that amount to the employee organization. Except as expressly admitted, Defendant Vannasdall lacks information or belief sufficient to either admit or deny the allegations contained in paragraph 56 and, on that basis, denies each and every allegation contained therein.

57.     In response to paragraph 57, David Vannasdall admits that Arcadia Unified School District deducts amounts as designated by the union from the teachers' paychecks and, in conformity with Government Code section 3546(a), Arcadia Unified School District pays that amount to the employee organization.  Except as expressly admitted, Defendant Vannasdall lacks information or belief sufficient to either admit or deny the

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1   allegations contained in paragraph 57 and, on that basis, denies each and every allegation
2   contained therein.

3       58.     In response to paragraph 58, Defendant Vannasdall lacks information or
4   belief sufficient to admit or deny the allegations contained therein and, on that basis,
5   denies each and every allegation contained therein.

6       59.     In response to paragraph 59, Defendant Vannasdall lacks information or
7   belief sufficient to admit or deny the allegations contained therein and, on that basis,
8   denies each and every allegation contained therein.

9       60.     In response to paragraph 60, Defendant Vannasdall lacks information or
10  belief sufficient to admit or deny the allegations contained therein and, on that basis,
11  denies each and every allegation contained therein.

12      61.     In response to paragraph 61, Defendant Vannasdall lacks information or
13  belief sufficient to admit or deny the allegations contained therein and, on that basis,
14  denies each and every allegation contained therein.

15      62.     In response to paragraph 62, Defendant Vannasdall lacks information or
16  belief sufficient to admit or deny the allegations contained therein and, on that basis,
17  denies each and every allegation contained therein.

18      63.     In response to paragraph 63, Defendant Vannasdall lacks information or
19  belief sufficient to admit or deny the allegations contained therein and, on that basis,
20  denies each and every allegation contained therein.

21      64.     In response to paragraph 64, Defendant Vannasdall lacks information or
22  belief sufficient to admit or deny the allegations contained therein and, on that basis,
23  denies each and every allegation contained therein.

24      65.     In response to paragraph 65, Defendant Vannasdall lacks information or
25  belief sufficient to admit or deny the allegations contained therein and, on that basis,
26  denies each and every allegation contained therein.

27  ///
28  ///

12

66.     In response to paragraph 66, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

67.     In response to paragraph 67, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

68.     In response to paragraph 68, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

69.     In response to paragraph 69, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

70.     In response to paragraph 70, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

71.     In response to paragraph 71, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

72.     In response to paragraph 72, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

73.     In response to paragraph 73, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

74.     In response to paragraph 74, Defendant Vannasdall lacks information or belief sufficient to admit or deny the allegations contained therein and, on that basis, denies each and every allegation contained therein.

LB 590152v1

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

75.     In response to paragraph 75, Defendant Vannasdall restates his responses to paragraphs 1 through 74, inclusive, and incorporates each of them as though fully set forth herein.

76.     In response to paragraph 76, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

77.     In response to paragraph 77, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.

78.     In response to paragraph 78, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained in this paragraph.

79.     In response to paragraph 79, Defendant Vannasdall avers that this paragraph contains only legal conclusions and argument and does not require a response.  Defendant Vannasdall denies any legal conclusions in this paragraph that are inconsistent with applicable law.  To the extent this paragraph includes allegations other than legal conclusions, Defendant Vannasdall denies each and every allegation contained in this paragraph.

80.     In response to paragraph 80, Defendant Vannasdall denies that Plaintiffs are entitled to any relief whatsoever from answering Defendant, including any costs or fees incurred in litigation of this case.

///

///

14

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

## **PRAYER FOR RELIEF**

In response to each and every prayer and wherefore clause in the Complaint, Defendant Vannasdall denies that Plaintiffs are entitled to any relief whatsoever from answering Defendant.

## **AFFIRMATIVE DEFENSES**

Defendant Vannasdall, without admitting any allegations in the Complaint, further pleads the following affirmative defenses:

### **FIRST AFFIRMATIVE DEFENSE**

As a first, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief therein, is barred and Plaintiffs are precluded from any relief in this action because the Complaint fails to state a claim upon which relief can be granted.

### **SECOND AFFIRMATIVE DEFENSE**

As a second, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action because Defendant Vannasdall is entitled to immunity under the Eleventh Amendment and any other applicable immunity.

### **THIRD AFFIRMATIVE DEFENSE**

As a third, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action because Defendant Vannasdall's alleged conduct was privileged or otherwise justified as a matter of law.

### **FOURTH AFFIRMATIVE DEFENSE**

As a fourth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief

LB 590152v1

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

contained therein, is barred and Plaintiffs are precluded from any relief in this action because Defendant Vannasdall is entitled to qualified immunity.

**FIFTH AFFIRMATIVE DEFENSE**

As a fifth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action because Defendant Vannasdall is entitled to sovereign immunity.

**SIXTH AFFIRMATIVE DEFENSE**

As a sixth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that Plaintiffs' claims are barred based on the immunities contained in the Governmental Tort Claims Act.

**SEVENTH AFFIRMATIVE DEFENSE**

As a seventh, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that Plaintiffs' claims are barred by the failure to exhaust administrative remedies.

**EIGHTH AFFIRMATIVE DEFENSE**

As an eighth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action because Plaintiffs have failed to comply with the applicable statute of limitations period for this action.

**NINTH AFFIRMATIVE DEFENSE**

As a ninth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action because Plaintiffs' alleged injuries, harm, loss or damages, if there were any, were caused by persons, firms, corporations, or entities other than Defendant Vannasdall and/or the

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1  Arcadia Unified School District for whom the answering Defendant Vannasdall and the

2  Arcadia Unified School District are not responsible.

3  **TENTH AFFIRMATIVE DEFENSE**

4  As a tenth, separate, and affirmative defense to the allegations of the Complaint,

5  Defendant Vannasdall alleges that the Complaint, and each and every claim for relief

6  contained therein, is barred and Plaintiffs are precluded from any relief in this action

7  because Plaintiffs failed to mitigate their damages.

8  **ELEVENTH AFFIRMATIVE DEFENSE**

9  As an eleventh, separate, and affirmative defense to the allegations of the

10  Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim

11  for relief contained therein, is barred and Plaintiffs are precluded from any relief in this

12  action by the doctrine of laches.

13  **TWELFTH AFFIRMATIVE DEFENSE**

14  As a twelfth, separate, and affirmative defense to the allegations of the Complaint,

15  Defendant Vannasdall alleges that the Complaint, and each and every claim for relief

16  contained therein, is barred and Plaintiffs are precluded from any relief in this action by

17  the doctrine of collateral estoppel and/or res judicata.

18  **THIRTEENTH AFFIRMATIVE DEFENSE**

19  As a thirteenth, separate, and affirmative defense to the allegations of the

20  Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim

21  for relief contained therein, is barred and Plaintiffs are precluded from any relief in this

22  action by the doctrine of unclean hands.

23  **FOURTEENTH AFFIRMATIVE DEFENSE**

24  As a fourteenth, separate, and affirmative defense to the allegations of the

25  Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim

26  for relief contained therein, is barred and Plaintiffs are precluded from any relief in this

27  action by the doctrine of consent.

28  ///

17

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

**FIFTEENTH AFFIRMATIVE DEFENSE**

As a fifteenth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall alleges that the Complaint, and each and every claim for relief contained therein, is barred and Plaintiffs are precluded from any relief in this action by the conduct, actions and inactions, or the conduct, actions and omissions of Plaintiffs or others acting on his behalf, which amounts to and constitutes a waiver of any right or rights Plaintiffs may or might have in relation to the matters alleged in the Complaint

**SIXTEENTH AFFIRMATIVE DEFENSE**

As a sixteenth, separate, and affirmative defense to the allegations of the Complaint, Defendant Vannasdall presently has insufficient knowledge or information on which to form a belief as to whether he may have additional, as yet unstated, affirmative defenses available.  Defendant Vannasdall reserves herein the right to assert additional defenses in the event that discovery or investigation indicates that they would be appropriate.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Defendant prays for judgment as follows:

1.      The Complaint be denied and dismissed with prejudice;

2.      Plaintiff's request for attorneys' fees and costs of suit be denied;

3.      That Plaintiff take nothing by reason of this proceeding;

///
///
///
///
///
///
///
///

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT

1

    4.      That Defendant Vannasdall otherwise recovers his costs, disbursements,

2

expenses and attorneys' fees in this proceeding; and

3

    5.      That the court award such other relief as it deems just and proper.

4

5

Dated: May 20, 2015                  DANNIS WOLIVER KELLEY
                                     SUE ANN SALMON EVANS

6

                                       CANDACE M. BANDOIAN
                                       ELLEN C. WU

7

8

                                       By:   */s/Sue Ann Salmon Evans*
                                     Attorneys for Defendant

9

                                     DAVID VANNASDALL, in his capacity
                                     as Superintendent of Arcadia Unified

10

                                     School District

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF DEFENDANT DAVID VANNASDALL TO PLAINTIFFS' COMPLAINT